UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| WARREN & GRIFFIN, P.C., <br> C. MARK WARREN, and <br> JOHN MARK GRIFFIN, <br><br> Plaintiffs, <br><br> v. <br><br> MONGE & ASSOCIATES, P.C., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.: 1:20-CV-76-TAV-SKL |

## ORDER

This matter is before the Court on the parties' joint request to continue the stay in this case [Doc. 30]. The Court previously stayed this case on the joint request of the parties until June 22, 2020, to allow the parties time to discuss settlement alternatives [Doc. 29]. The parties now request an additional two (2) weeks—up to an including July 6, 2020—to continue their negotiations [Doc. 30].

For good cause shown, and in light of the parties' agreement, the request to continue the stay [Doc. 30] is granted. This action is hereby **STAYED** until **July 6, 2020**. On or before that date, the parties are **DIRECTED** to make a joint filing to inform the Court of the status of the parties' settlement discussions and whether the parties seek to continue or lift the stay.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE